**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

DANNY ANDREWS, Derivatively on Behalf of Nominal Defendant INOVIO PHARMACEUTICALS, INC.,

Plaintiff,

v.

JACQUELINE E. SHEA, PETER KIES, SIMON X. BENITO, ROGER D. DANSEY, ANN C. MILLER, JAY P. SHEPARD, DAVID B. WEINER, WENDY L. YARNO, and LOTA S. ZOTH,

Defendants,

and

INOVIO PHARMACEUTICALS, INC.,

Nominal Defendant.

C.A. No.: 1:26-cv-00898-JLH

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23.1(c) and Fed. R. Civ. P.41(a)(1)(A)(i), Plaintiff Danny Andrews ("Plaintiff") hereby voluntarily dismisses his claims in the above-captioned action (the "Action") without prejudice and with each party to bear his or her own costs and attorneys' fees. No compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiff or counsel for Plaintiff, and no promise to give any such compensation has been made. Defendants have filed neither an answer nor a motion for summary judgment in the Action. Thus, Plaintiff's dismissal of the claims in the Action is effective upon the filing of this notice.

Dated: August 17, 2026

Respectfully submitted,

**BIELLI & KLAUDER, LLC**

By: */s/ Ryan M. Ernst*
Ryan M. Ernst (No. 4788)
1204 N. King Street
Wilmington, DE 19801
Tel: (302) 803-4600
rernst@bk-legal.com

OF COUNSEL:

Joshua M. Lifshitz
**LIFSHITZ LAW PLLC**
1190 Broadway
Hewlett, NY 11557
Telephone: (516) 493-9780
Facsimile: (516) 280-7376

*Attorneys for Plaintiff*